**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR182** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **OLIVIA LORENZO,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Kimberly E. Novak, CJA Panel Attorney, to withdraw as counsel for the defendant, Olivia Lorenzo [20]. Since retained counsel, Jason M. Finch, has entered an appearance for the defendant [16], the motion to withdraw [20] is granted. Kimberly E. Novak shall be deemed withdrawn as attorney of record and shall forthwith provide Jason M. Finch with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Novak which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 21st day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge